**RECEIVED**

JUL 2 4 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE-OPELOUSAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO.: 04-60060-001 |
| | * | |
| V. | * | JUDGE DOHERTY |
| | * | |
| OBOT NELSON UDOH | * | MAGISTRATE JUDGE METHVIN |

## ORDER

Considering the foregoing Memorandum Ruling,

IT IS HEREBY ORDERED that the Motion for New Trial filed on behalf of the defendant, Obot Nelson Udoh, shall be and is DENIED.

THUS DONE AND SIGNED in Chambers, Lafayette, Louisiana, this 21 day of July, 2006.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE

COPY SENT:
DATE: 7/24/06
BY: Cuw
TO: RFD
CG