RECEIVED
NOV 3 0 2007
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE-OPELOUSAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO.: 04-60060-01 |
| | * | |
| V. | * | |
| | * | JUDGE DOHERTY |
| OBOT NELSON UDOH | * | MAGISTRATE JUDGE METHVIN |

## PARTIAL FINAL JUDGMENT OF FORFEITURE

WHEREAS, on April 4, 2007, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 982(a)(7), based upon the conviction by jury trial of OBOT NELSON UDOH;

AND WHEREAS, on April 20 and 27 and May 4 of 2007, the United States published in the Houston Chronicle, a Houston newspaper of general circulation, notice of this forfeiture and of the intent of the United States to dispose of the property in accordance with the law and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property;

AND WHEREAS, it appears from the record that no claims, contested or otherwise, are pending for any of the properties described in this Court's April 4, 2007 Preliminary Order of Forfeiture;

1

IT IS HEREBY ORDERED, ADJUDGED and DECREED:

A. That all right, title and interest to the following assets:

a. The gross proceeds traceable to the offenses of conviction, Counts 1, 2, 4, 5, 7 through 9, and 11 through 15, said gross proceeds totaling THREE MILLION TWO HUNDRED NINETY-TWO THOUSAND, THREE HUNDRED FORTY-FIVE AND 92/100 ($3,292,345.92) DOLLARS, which includes, but is not limited to, the following assets up to the $3,292,345.92 total;

    I. The $1,059,622.84 on deposit at Washington Mutual Bank, account number ending in 3152-9 in the name of LEGEND- OBOT NELSON UDOH and CHRISTIE O. UDOH;

    ii. 2002 Toyota Land Cruiser bearing VIN JTEHT05J622018808, license plate number N90RJY; and

are hereby condemned, forfeited and vested in the United States of America, and shall be disposed of according to law by the U.S. Marshal.

The Clerk is hereby directed to send copies of this Order to all counsel of record and the U.S. Marshal.

SO ORDERED this 30 day of November, 2007 at Lafayette, Louisiana.

REBECCA F. DOHERTY
United States District Judge

2